JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEWAK LAJWANTI HOME FASHION INC., <br><br> Plaintiff, <br><br> v. <br><br> MAVERICK INTERNATIONAL, LTD., <br><br> Defendant. | Case No. 2:23-cv-08844 FLA (JPRx) <br><br> **ORDER DISMISSING ACTION [DKT. 51]** |

On September 12, 2024, Defendant Maverick International, Ltd. ("Maverick") withdrew its motion to modify the scheduling order (Dkt. 47), as "[t]he parties [] reached a mutual settlement and the hearing is no longer needed." Dkt. 51.  In light thereof, the court hereby ORDERS:

1. Maverick's motion (Dkt. 47) is WITHDRAWN.
2. All deadlines governing this action are VACATED.
3. The court DISMISSES the action without prejudice.  The court retains jurisdiction to vacate this Order and to reopen the action within sixty (60) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.
4. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court.  Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: September 16, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　
FERNANDO L. AENLLE-ROCHA
United States District Judge